# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. <u>SA CV 11-0493-DOC (JCGx)</u>          Date <u>August 8, 2017</u>

Title: <u>CATHERINE E. AVILEZ V PINKERTON GOVERNMENT SERVICES, INC.</u>

Present: The Honorable <u>David O. Carter</u>

|  |  |
|---|---|
| <u>Deborah Goltz</u> | <u>N/A</u> |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Proceedings:   ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated <u>4/17/17</u>.

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____<u>djg</u>_____